IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ALLEN BAILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CV 123-022 |
| EDWARD PHILBIN, Warden; VERA HARDEN, Deputy Warden of Administration; and ERICA JENKINS, ASMP Business Office Secretary, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** the case because Plaintiff fails to state a claim upon which relief may be granted and **CLOSES** this civil action.

SO ORDERED this 31st day of July, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA